JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAIEL A. MOORE,<br><br>Petitioner,<br><br>v.<br><br>MARTIN BITER, Warden,<br><br>Respondent. | Case No. 2:18-cv-05039-ODW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: June 26, 2019

_____
Otis D. Wright, II
UNITED STATES DISTRICT JUDGE